UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE MEDILINK INSURANCE COMPANY
LIMITED, a Cayman Islands Reinsurance
Company,

       Plaintiff,

v.

JOHN P. BENDER, Individually, J.P. BENDER
AND ASSOCIATES, INC., a Michigan
Corporation and BENDER, INC., a Michigan
Corporation, jointly and severally,

       Defendants.
       _____/

Case No. 07-15019

Honorable Nancy G. Edmunds

## JUDGMENT

The Court having reviewed the pleadings and having heard argument on February 25, 2009; and for the reasons set forth on the record and in an Order dated March 5, 2009, and filed herein;

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's motion for summary judgment is GRANTED, Defendants are required, jointly and severally, to pay Plaintiff Four Million, Seven Hundred and Forty-Nine Thousand, Nine Hundred and Twenty ($4,749,920.00) Dollars, and the case is hereby DISMISSED.

SO ORDERED.

                               s/Nancy G. Edmunds
                               Nancy G. Edmunds
                               United States District Judge

Dated: March 5, 2009

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 5, 2009, by electronic and/or ordinary mail.

                               s/Karen M. Hillebrand
                               Judicial Assistant